*John W. Wescott* and *Mr. John R. Harden* for defendants in error.

---

No. 646. D. M. HILLER AND MAX MILLER ET AL., SURETIES, PLAINTIFFS IN ERROR, *v.* THOMAS B. CRENSHAW, CLERK, W. E. WOOLEN, REVENUE AGENT, AND JOHN C. McLEMORE, CLERK. In error to the Supreme Court of the State of Tennessee. Motion to dismiss submitted April 23, 1917. Decided April 30, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Eustis* v. *Bolles,* 150 U. S. 361; *Leathe* v. *Thomas,* 207 U. S. 93; *Mellon Company* v. *McCafferty,* 239 U. S. 134. *Mr. H. D. Minor* for plaintiffs in error. *Mr. R. L. Bartels* for defendants in error.